RECEIVED
FEB 14 2013
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RAPHAEL DeKEMPER )
     Petitioner, )
)
V. ) CASE NO. _____
)
BRIAN SMITH )
     Respondent. ) **1:13-cv-0260 SEB-MJD**

## PETITION UNDER 28 USC §2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

1. The Petitioner, **RAPHAEL DeKEMPER**, Prisoner No. **973620**, is confined at the Plainfield Correctional Facility, 727 Moon Road, Plainfield, Indiana 46168.

2. Name and location of the court which entered judgment of conviction under attack is the Disciplinary Hearing Board ("DHB") at the **PLAINFIELD** Correctional Facility ("**P** CF").

3. Date of finding of guilt was **11-22-2012**.

4. Sanctions imposed were **ECT DEPRIVATION OF 365 DAYS AND CC DEMOTION 1 TO 3**.

5. Nature of offense involved was **TRAFFICKING (AS DEFINED IN I.C. 35-44-3-9)**.

6. Plea was: [X] Not Guilty [ ] Guilty

7. Petitioner had hearing by 3 person DHB. [ ] Yes [X] No

8. Petitioner did testify at trial. [X] Yes [ ] No

9. Petitioner did appeal from the judgment of conviction as follows:

   (a) Name of Review Authority: **BRIAN SMITH, SUPT. OF P.C.F.**

   (b) Result: **DENIED**

(c) Dater of result: 12-17-2012

(d) Grounds raised:

1) INSUFFECIENT EVIDENCE TO SUPPORT CHARGE

2) ERRONEOUS SANCTIONS

(e) Petitioner sought further review of the decision on appeal by:

(1) Name of Final Review Authority: MICHAEL BARNES

(2) Result: DENIED

(3) Date of result: 1-8-2013

(4) Ground raised:

1) INSUFFECIENT EVIDENCE TO SUPPORT CHARGE

2) ERRONEOUS SANCTIONS

10. Other than a direct appeal from the judgment of conviction and sentencing, have there been any other petitions, applications or motions with respect to this judgment in any court, state or federal. [ ] Yes [X] No

11. Petitioner presents the following ground(s) challenging the judgment and his restriction of liberty as being unlawful.

A. Ground: INSUFFECIENT EVIDENCE TO SUPPORT CHARGES OF TRAFFICKING UNDER DEPARTMENTAL DEFINITION OF OFFENSE.

FACTS: THE HEARING PROCESS IS VOID OF ANY EXPLICIT DESCRIPTION OF EVIDENCE DEMONSTRATING THAT ANYTHING WAS TRAFFICKED INTO OR OUTSIDE OF THE FACILITY. THE CONDUCT REPORT IS ABSENT OF ANY EVIDENCE OR ITS DISPOSITION.

B. Ground: EGREGIOUS SANCTIONS IMPOSED ARE NOT ALLOWED BY THE I.D.O.C. DISCIPLINARY CODE FOR THIS GUILTY FINDING.

FACTS: CODE A113 TRAFFICKING IS NOT LISTED IN THE DISCIPLINARY CODE AS AN EGREGIOUS OFFENSE. THE SANCTIONS IMPOSED HERE ARE DOUBLE THOSE ALLOWED FOR NON-EGREGIOUS OFFENSES.

C. Ground: N/A

FACTS: N/A

12. Is there any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?   [ ] Yes [X] No

13. Were you sentenced on more than one count of an indictment imposed by the judgment under attack?   [ ] Yes [X] No

14. Do you have any future sentence to serve after completion of the sentence imposed by the judgment under attack?   [ ] Yes [X] No

WHEREFORE, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

Respectfully submitted

_RafaelC_

RAPHAEL DEKEMPER   DOC# 973620
Plainfield Correctional Facility
727 Moon Road
Plainfield, Indiana 46168

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been served upon the Office of the Indiana Attorney General, 302 West Washington Street, Indianapolis, Indiana, 46204, on this  1ST  day of  FEBRUARY , 2003.

_RafaelC_
Certifier