APPENDIX I:  OFFENSES
(Revised 6/1/2012)
**MAJOR OFFENSES**

| CODE | TITLE | CODES FOR LESSER INCLUDED OFFENSE(S) |

## CLASS A OFFENSES

**100**          **Violation of Law**

Violation of any federal, state or local criminal law (Must specify by name and criminal code number).

**102**          **Assault/Battery**                                   212, 213, 372

Committing battery/assault upon another person with a weapon (including the throwing of body fluids or waste on another person) or inflicting serious bodily injury.

**103**          **Rioting**                                   223, 236, 351, 360

Encouraging, directing, commanding, coercing or signaling one or more other persons to participate in a disturbance to facility order caused by a group of two (2) or more offenders which creates a risk of injury to persons or property or participating in such a disturbance or remaining in a group where some members of the group are participating in such a disturbance.

**106**          **Possession of Dangerous/Deadly**                  218
                 **Contraband/Property**

Possession or use of any explosive, ammunition, hazardous chemical (e.g., acids or corrosive agents) or dangerous or deadly weapon.

**108**          **Escape**                                   219, 355, 363

Intentionally fleeing from lawful detention or knowingly or intentionally failing to return to lawful detention following temporary leave or other authorized absence granted for a specific purpose or time period within two (2) hours after the designated return time.

**111**          **Conspiracy/Attempting/Aiding or Abetting**

Attempting or conspiring or aiding and abetting with another to commit any Class A offense.

EX. A1

02-04-101 Appendix I: Offenses
06/01/2012

113 **Trafficking**                                                233, 306, 353, 361

Engaging in trafficking (as defined in IC 35-44-3-9) with anyone who is
not an offender residing in the same facility.

114 **Sexual Act with a Visitor**

Contact of a sexual nature by an offender with a visitor including: contact
between the penis and the vagina or the penis and the anus including
penetration, however slight; contact between the mouth and the penis,
vagina or anus; or, penetration of the anal or genital opening of a visitor
by a hand, finger or other object. (Does not include kicking, punching or
grabbing the genitals when the intent is to harm or debilitate rather than to
sexually exploit.)

115 **Nonconsensual Sexual Act**                                      216

Nonconsensual contact of a sexual nature by an offender with another
person including: contact between the penis and the vagina or the penis
and the anus including penetration, however slight; contact between the
mouth and the penis, vagina or anus; or, penetration of the anal or genital
opening of another offender by a hand, finger or other object. (Does not
include kicking, punching or grabbing the genitals when the intent is to
harm or debilitate rather than to sexually exploit.)

116 **Refusing a Mandatory Program**                              347, 356, 371

Refusing to participate in a mandatory program (as authorized by statute
or by order of the Commissioner), to include: failure to register for the
program, failure to comply with the criteria for participation in the
program, failure to cooperate with the staff presenting the program and
being terminated from the program based upon failure to participate or for
other behavioral reasons.

117 **Assault on Staff**                                          212, 236, 372

Committing battery/assault upon any staff person, including contractors
and volunteers, which results in bodily injury or serious bodily injury
(including the throwing of body fluids or waste on a staff person).

EX. A2