IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RAPHAEL DEKEMPER, | ) |
| Petitioner, | ) ) ) |
| v. | ) CAUSE NO. 1:13-CV-260-SEB-MJD |
| BRIAN SMITH, | ) ) ) |
| Respondent. | ) |

**APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL**

 Gregory F. Zoeller, Attorney General of Indiana, notifies the Court that Kyle Hunter, Deputy Attorney General, shall be substituted as counsel for Respondent Brian Smith and that the appearance of Janine Steck Huffman, Deputy Attorney General, shall be withdrawn.

 I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to S. D. Ind. L.R. 83.7 and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

 Enter my appearance as counsel, Kyle Hunter, Deputy Attorney General, in the above-captioned matter in this case for the Respondent.

            Respectfully submitted,

            GREGORY F. ZOELLER,
            Attorney General of Indiana
            Atty. No. 1958-98

            By: s/ *Kyle Hunter*
            Kyle Hunter
            DEPUTY ATTORNEY GENERAL
            Atty. No. 30687-49

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 19, 2013, a copy of the foregoing was filed electronically. I hereby certify that on April 19, 2013, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Raphael DeKemper, #973620
Pendleton Correctional Facility
4490 W. Reformatory Rd
Pendleton, IN 46064-9001

                                        By:  s/ *Kyle Hunter*
                                               Kyle Hunter
                                             Deputy Attorney General
                                             Atty. No.  30687-49

Office of Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone:  (317) 234-3502
Fax:  (317) 232-7979
Email:  Kyle.Hunter@atg.in.gov