**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| RAPHAEL DeKEMPER,        )<br>                                                  )<br>            Petitioner,      )<br>v.                                              )   No. 1:13-cv-260-SEB-MJD<br>                                                  )<br>BRIAN SMITH,                       )<br>                                                  )<br>            Respondent.    ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 09/04/2013

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Raphael DeKemper
No. 973620
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168

Electronically Registered Counsel